HORACE G. PRALL ET AL., APPELLANTS, v. THE UNITED STATES LEATHER COMPANY, RESPONDENT.

Argued February 13, 1929—Decided May 20, 1929.

For the appellants, *Walter L. McDermott*.

For the respondent, *Pitney, Hardin & Skinner*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, KALISCH, LLOYD, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 11.

*For reversal*—None.